SKF USA INC., SKF France S.A., and Sarma, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant,

and

The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.

No. 01–1298.

United States Court of Appeals, Federal Circuit.

April 26, 2004.

Herbert C. Shelley, Principal Attorney, Steptoe & Johnson, Washington, DC, for Plaintiffs–Appellants.

Terence P. Stewart, Principal Attorney, Stewart and Stewart, Washington, DC, for Defendant.

Michael D. Panzera, Principal Attorney, Velta A. Melnbrencis, of Counsel, Department of Justice, Washington, DC, for Defendant–Cross Appellants.

*ORDER*

v.

UNITED STATES, Defendant–Appellee,

and

SNR Roulements, Defendant–Cross Appellant,

and

The Torrington Company, Defendant–Appellee.

Nos. 01–1433, 01–1434.

United States Court of Appeals, Federal Circuit.

April 26, 2004.

*ORDER*

Upon consideration of SKF USA Inc. et al.'s unopposed motion to voluntarily dismiss their appeal, 01–1433, and SNR

Roulements' unopposed motion to voluntarily dismiss its appeal, 01–1434,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motions to dismiss are granted.

(2) All sides shall bear their own costs.